PENTLARGE LAW GROUP, LLC
Robert J. Jurasek, Attorney
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503-3690
Phone (907) 276-1919
Fax: (907) 276-8000
Email: rjurasek@gci.net
AK Bar No.: 9111071

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALERIE REEVES, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>and ALASKA NATIVE MEDICAL )<br>CENTER AUXILIARY, )<br>INCORPORATION )<br>)<br>Defendants. )<br>_____ ) | Case No.: _____ |

**COMPLAINT**

COMES NOW the Plaintiff, VALERIE REEVES, by and through her attorneys, PENTLARGE LAW GROUP, LLC, and for her Complaint against the Defendant, states and alleges as follows:

1. That Plaintiff is a resident of the State of Alaska and was at all times pertinent hereto.

2. That upon information and belief, Defendant Alaska Native Medical Center, is a licensed corporation within the state of Alaska and is doing business as a hospital and medical facility property located at 4315 Diplomacy Drive Anchorage, Alaska 99508 and

is believed to be deemed part of the Indian Health Services, U.S. Department of Health and Human Services.

3. That upon information and belief, Defendant Alaska Native Medical Center is licensed to do business by the state of Alaska and is the premises of the incident upon which this suit is based.

4. That upon information and belief, Alaska Native Medical Center, is deemed to be part of the Defendant United State of America and Defendant's Alaska Native Medical Center's actions and inactions are imputed to the owner of the parking complex.

5. On or about February 16, 2017, after exiting her vehicle on the second floor of the parking garage near the skywalk, while walking towards the door, Plaintiff slipped on ice jamming her right hip on the icy ground.

6. Plaintiff's accident and injuries were the direct and proximate result of Defendant's negligence in not responsibly inspecting and maintaining the parking garage.

7. Defendants had a duty to properly maintain and to keep said parking garage free of hazards. Defendants breached that duty by failing to properly maintain and/or remove hazardous ice buildup from the premises.

8. Defendants had a duty to warn users of the unsafe conditions and/or hazardous obstructions which could reasonably cause injury. The Defendants breached that duty by failing to warn Plaintiff of the dangerous condition.

9. Defendants' failure to properly maintain walkways within its premises and failure to warn of dangerous conditions and/or hazardous obstructions constitutes negligence on the part of the Defendants.

**COMPLAINT**
*Reeves v. USA, and Alaska Native Medical Center;* Case No.:_____
Page 2 of 3

Case 3:21-cv-00014-HRH   Document 1   Filed 01/28/21   Page 2 of 3

10. As a result of the above-referenced accident, Plaintiff suffered damages, including but not limited to medical expenses, pain and suffering, loss of income, loss of enjoyment of life, and other damages all in an amount in excess of $100,000.00 the exact amount to be proven at trial.

11. Plaintiff fulfilled the jurisdictional requirement of filing an administrative claim with the Indian Health Services and the United States Department of Health and Human Services on April 19, 2019. More than 180 day have passed without a response from Defendants.

WHEREFORE, having stated her Complaint, Plaintiff prays for judgment against the Defendants as follows:

1. Compensatory damages in an amount in excess of $100,000.00 the exact sum to be proven at trial;

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For Plaintiff's costs and attorneys' fees incurred in pursuing this action; and

4. For such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 25 day of January, 2021.

PENTLARGE LAW GROUP, LLC
Attorneys for Plaintiff

_____
Robert J. Jurasek
Alaska Bar No. 0111071